UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:06-CR-28-FL-1

UNITED STATES OF AMERICA

v.

LATROY KRISHAWAN DUGGER

ORDER TO SEAL

On motion of the Defendant, Latroy Krishawan Dugger, and for good cause shown, it is hereby ORDERED that [DE# 83] be sealed until further notice by this Court.

SO ORDERED.

This __2nd__ day of ____May____, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge