UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:06-CR-28-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LATROY KRISHAWAN DUGGER | ) | |

Upon motion of the United States, for good cause shown, and for the reasons stated in the motion, it is hereby ORDERED that D.E. 87 be sealed by the Clerk from this date until further order by this Court.

This the 12th day of June 2019.

_____
LOUISE W. FLANAGAN
United States District Judge